# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

DONALD FAIRFIELD,                                     Civil File No. 09-2039-EFM/DWB

    Plaintiff,

vs.                                                                   **STIPULATION OF DISMISSAL**
                                                                             **WITH PREJUDICE**

CAPITAL MANAGEMENT SERVICES L.P.,

    Defendant.

    Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the plaintiff Donald Fairfield, and the defendant Capital Management Services L.P. hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action, <u>with prejudice</u>, each side to bear its own costs and attorneys fees.

                                                                              Respectfully submitted,

Dated:   03/30/09                             By   /s/ J. Mark Meinhardt
                                                                              J. Mark Meinhardt, #20245
                                                                              4707 College Boulevard, Suite 100
                                                                              Leawood, KS 66211
                                                                              (913) 451-9797
                                                                              (913) 451-6163 (fax)
                                                                              ATTORNEY FOR PLAINTIFF

Dated:   03/30/09                             By   /s/ Pamela J. Welch
                                                                              Pamela J. Welch
                                                                              Franke Schultz & Mullen, P.C.
                                                                              8900 Ward Parkway
                                                                              Kansas City, MO 64114
                                                                              (816) 421-7100
                                                                              (816) 421-7915 (fax)
                                                                              ATTORNEY FOR DEFENDANT